IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01172-BNB

RODNEY STANTON,

    Plaintiff,

v.

SERGEANT R. ROMERO,
D/S PETRANILLI,
D/S HERRERA,
FOOD SERVICES SUPERVISOR TONY HARRISON,
FOOD SERVICES EMPLOYEE HAYES,
CHAPLAIN SCOTT,
D/S BOYD, and
D/S ADDISON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -3 2009

GREGORY C. LANGHAM
               CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 3, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01172-BNB

Rodney Stanton
Prisoner No. 1600086
Denver County Jail
P.O. Box 1108
Denver, CO 80201-1108

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/3/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk