IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01172-CMA-KMT

RODNEY STANTON,

    Plaintiff,

v.

SERGEANT R. ROMERO,
D/S PETRANILLI,
D/S HERRERA,
FOOD SERVICES SUPERVISOR TONY HARRISON,
FOOD SERVICES EMPLOYEE HAYES,
CHAPLAIN SCOTT,
D/S BOYD, and
D/S ADDISON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -8 2009

GREGORY C. LANGHAM
              CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: June 5, 2009.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-01172-CMA-KMT

Rodney Stanton
Prisoner No. 1600086
Denver County Jail
PO Box 1108
Denver, CO 80201-1108

US Marshal Service
Service Clerk
Service forms for: Sergeant R. Romero, D/S Petranilli,
D/S Herrera, Food Services Supervisor Tony Harrison,
Food Services Employee Hayes, Chaplain Scott,
D/S Boyd, and D/S Addison,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sergeant R. Romero, D/S Petranilli, D/S Herrera, Food Services Supervisor Tony Harrison, Food Services Employee Hayes, Chaplain Scott, D/S Boyd, and D/S Addison: COMPLAINT FILED 5/22/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/8/09    .

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk