IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01172–CMA–KMT

RODNEY STANTON,

    Plaintiff,

v.

SERGEANT R. ROMERO,
D/S PETRANILLI,
D/S HERRERA,
TONY HARRISON, Food Services Supervisor,
HAYES, Food Service Employee,
CHAPLAIN SCOTT,
D/S BOYD, and
D/S ADDISON,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Notice to Inform" (#16, filed July 1, 2009) in which Plaintiff moves to add a new defendant to this suit.[1] Plaintiff previously sought to amend his complaint (#11, filed June 15, 2009), but this court's June 17, 2009 Order (#13) denied the prior motion. The present motion is DENIED on the same grounds.

Dated: July 7, 2009

---

[1] Plaintiff's submission was properly docketed as a Motion to Amend the Complaint.